IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                          No. 4:11–cv–493–DPM

Real Property Located at:
6815 WEST 34TH STREET, LITTLE
ROCK, ARKANSAS; 412 LIBBY LANE,
NORTH LITTLE ROCK, ARKANSAS; and
5821 SONORA DRIVE, NORTH LITTLE
ROCK, ARKANSAS                                       DEFENDANTS

## DEFAULT JUDGMENT

The Clerk entered a default as to the defendant real property in this

matter, *Document No. 12*, and the government now moves for entry of default

judgment.  As guided by 18 U.S.C. § 985 and Rule G of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the

United States filed a verified complaint *in rem* for forfeiture, served the

complaint on all required parties, and published notice of the action.  No

claim or answer was filed on behalf of the property.   The Court therefore

grants the motion, *Document No. 13*, and grants the United States a default

judgment . FED. R. CIV. P. 55(b)(2).  The Court looks forward to the forfeiture

papers.

     So Ordered.

                         _____

                         D.P. Marshall Jr.
                         United States District Judge

                         4 Nov. 2011