IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.                 No. 4:11-cv-493-DPM

**Real Property Located at:**
6815 WEST 34TH STREET, LITTLE
ROCK, ARKANSAS; 412 LIBBY LANE,
NORTH LITTLE ROCK, ARKANSAS; and
5821 SONORA DRIVE, NORTH LITTLE
ROCK, ARKANSAS                             DEFENDANTS

DEFAULT JUDGMENT

The Clerk entered a default as to the defendant real property in this matter, *Document No. 12*, and the government now moves for entry of default judgment. As guided by 18 U.S.C. § 985 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. No claim or answer was filed on behalf of the property. The Court therefore grants the motion, *Document No. 13*, and grants the United States a default

judgment. FED. R. CIV. P. 55(b)(2). The Court looks forward to the forfeiture papers.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011