IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.            No. 4:11–cv–493–DPM

**Real Property Located at:
6815 WEST 34TH STREET, LITTLE
ROCK, ARKANSAS; 412 LIBBY LANE,
NORTH LITTLE ROCK, ARKANSAS; and
5821 SONORA DRIVE, NORTH LITTLE
ROCK, ARKANSAS**            **DEFENDANTS**

### DECREE OF FORFEITURE

The Court previously granted default judgment against the defendant real property in this matter. *Document No. 14.* As guided by 18 U.S.C. § 985 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. After no claim or answer was filed on behalf of the properties, the Clerk entered a default and the Court granted a default judgment

pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The government now moves for a decree of civil forfeiture.

The Court therefore declares that the following described properties are forfeited and title is now vested in the United States:

> (1) The West 42 feet of the South 135 feet of Lot 1, Block 5, and a strip of land 5 feet in width lying along the South line thereof, formerly platted as an alley, and a strip beginning 5 feet South of the Northwest corner of Lot 1, Block 5; thence West 20 feet; thence South 140 feet; thence East 20 feet; thence North 140 feet to beginning, being a part of what was formerly platted as Garrett Street, all being in Interurban Heights, in the City of Little Rock, Pulaski County, Arkansas.
>
> (2) Lot 4, Block 4, Bradford Place Subdivision to the City of North Little Rock, Pulaski County, Arkansas.
>
> (3) Lot 6, Block 3, Park Terrace Addition No. 2, a Subdivision to the City of North Little Rock, Pulaski County, Arkansas.
>
> ALL BEING SUBJECT TO any and all easements, restrictions, and rights-of-way of record, and any and all oil, gas, and other mineral rights or interests heretofore conveyed or reserved of record.

These properties are more commonly known as: (1) 6815 West 34th Street, Little Rock, Arkansas; (2) 412 Libby Lane, North Little Rock, Arkansas; and (3) 5821 Sonora Drive, North Little Rock, Arkansas. All prior claims and interests

in and against the properties, including, but not limited to, any claims by Kevin Harold Lewis and Kevin Harold Lewis/Kanis Plaza LLC, are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2011